### *John Marscroft* v. *Calvin Butler.*

THE defendant had applied for his discharge, under the insolvent act, on the first *Thursday* in term, but no measures had been taken to bring him up till the last day. The plaintiff then moved for time to oppose on an affidavit, stating that notice of the application had come to him only on the second day of the then *August* term. That one *Benjamin Prescott,* of *Massachusetts,* was a material witness to prove the falsity of the defendant's inventory, and that he expected to be able to obtain his testimony.

*Per Curiam.* The prisoner must be remanded till the first day of the next term. We do this with regret, but the act is too imperative to admit of discretion. As the defendant did not apply to be brought up at an earlier day, it is in some degree his own *laches.* Let him be brought up next term.